PS 42
(Rev. 7/93)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 11 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## Eastern District of Arkansas

United States of America    )
                            )
vs.                         )
                            )
Jerric Hall                 )    Case No.   0860 4:19CR00547 BSM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jerric Hall_____, have discussed with _____Sarah Hardison_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Mental Health Treatment

I consent to this modification of my release conditions and agree to abide by this modification.

x _____  12-03-19         _____  12-3-19
Signature of Defendant       Date              Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              12-5-19
Signature of Defense Counsel                                            Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.

☒ The above modification of conditions of release is ordered, to be effective on __12/11/19__.
☐ The above modification of conditions of release is *not* ordered.

_____                                              12/11/19
Signature of Judicial Officer                                           Date