IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| vs. | ) | CASE NO. 4:19-00547 BSM |
| | ) | |
| JERRIC HALL | ) | DEFENDANT |

## MOTION FOR SUBSTITUTION OF COUNSEL

It is respectfully requested that Tamera Deaver be substituted as appointed counsel for the defendant herein, in order to more evenly distribute the workload within the Federal Public Defender Office.

Respectfully submitted,

LISA G. PETERS
FEDERAL

\>          Tamera Deaver
Bar Number 2010061
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: tamera_deaver@fd.org

For:    Jerric Hall, Defendant