IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00547 BSM |
| | ) | |
| JERRIC HALL | ) | |

## MOTION TO REVOKE BOND

The United States by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Benecia B. Moore, Assistant United States Attorney for said district, for its motion to revoke bond, states:

1. The defendant was placed on pretrial release supervision on November 13, 2019. As part of his conditions of release, the defendant is to live with a third-party custodian – Rhonda Pieroni. In addition, the defendant was ordered to have no contact with Kirsten Farnam.

2. On April 15, 2020, the defendant turned himself in to the Maumelle Police Department on a warrant for Violation of an Order of Protection as evidenced by the Maumelle Police Department's Incident Report No. 20-344-OF. This case is pending in Maumelle District Court. According to this report, the third-party custodian, Rhona Pieroni, the defendant, and Kirsten Farnam, the protected person in the protection order, all reside at 3 Coronado Cove, Maumelle, Arkansas 72113, which is the defendant's approved residence. The supervising U.S. Probation Officer spoke to Ms. Pieroni, who denied any knowledge of the defendant having contact with Ms. Farnam and advised she does not want the defendant to return to her residence.

3. The defendant was released from custody on or around April 17, 2020, and is back residing with Ms. Pieroni.

WHEREFORE, the United States requests that a summons be issued for the defendant and that he appear before the Court and show cause why his bond should not be revoked.

2

Respectfully submitted,

CODY HILAND
UNITED STATES ATTORNEY

By: BENECIA MOORE
Assistant U.S. Attorney
Bar Number 2006050
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Benecia.Moore@usdoj.gov