UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00547 BSM |
| | ) | |
| JERRIC HALL | ) | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Benecia B. Moore, Assistant United States Attorney, hereby moves for leave of Court to dismiss the above-captioned Indictment against defendant Jerric Hall, without prejudice, in this matter.

**WHEREFORE**, the United States respectfully requests that its motion for leave of Court to dismiss the Indictment be granted.

CODY HILAND
United States Attorney

By: BENECIA B. MOORE
Assistant U.S. Attorney
Bar No. 2006050
P.O. Box 1229
Little Rock, AR   72203
501-340-2600
Benecia.Moore@usdoj.gov